UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CLAY LANDIS RIGGS | DOCKET NO. 1:22-CV-00471 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| CRANFORD JORDAN, ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION [Doc. 24] of the Magistrate Judge previously filed herein, and after a *de novo* review of the record including the OBJECTION TO REPORT AND RECOMMENDATION [Doc. 26] filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's COMPLAINT and AMENDED COMPLAINTS [Docs. 7, 17, 18, 22] are DENIED and DISMISSED WITH PREJUDICE under §§ 1915(e) and 1915A, except for the excessive force claim against Defendant John Walker, which SHALL BE STAYED pending the outcome of Riggs's criminal proceedings.

THUS, DONE AND SIGNED in chambers, this 9th day of June 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE